# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

RANDOLPH W. HOOVER

VERSUS

CITY OF BATON ROUGE/PARISH
OF EAST BATON ROUGE

NO.  2025 CW 1288

**JANUARY 22, 2026**

---

In Re:    City of Baton Rouge/ Parish of East Baton Rouge, applying
          for supervisory writs, 19th Judicial District Court,
          Parish of East Baton Rouge, No. 727520.

---

**BEFORE:    McCLENDON, C.J., GREENE AND STROMBERG, JJ.**

   **WRIT DENIED**

                              **PMc**
                              **HG**
                              **TPS**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT